# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2169
LT Case No. 2024-CA-000577

_____

VICTOR HICKS,

    Petitioner,

    v.

DEPARTMENT of CORRECTIONS
and STATE of FLORIDA,

    Respondents.

_____

Petition for Writ of Mandamus.
Pamela Stinnette Vergara, Judge.

Victor Hicks, Malone, pro se.

No Appearance for Respondents.

February 21, 2025

PER CURIAM

Upon consideration of Petitioner's recently filed third procedural motion, and this Court's denial of Petitioner's petition for writ of mandamus stemming from Hernando County Circuit Court Case No. 2024-CA-000577, September 20, 2024, we deny Petitioner's motion. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions

such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2025); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

MOTION DENIED; PETITIONER CAUTIONED.

WALLIS, HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____